```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
POWERBOX (USA), INC.,               :
                                    :
                    Plaintiff,      :    20 Civ. 3638 (VM)
                                    :
     - against -                    :    ORDER
                                    :
HONEYWELL INTERNATIONAL, INC.       :
                                    :
                    Defendant.      :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: December 10, 2020

**VICTOR MARRERO, United States District Judge.**

The conference currently scheduled for Friday, December 11, 2020 at 3:00 p.m. is hereby canceled.

**SO ORDERED.**

Dated:   New York, New York
         10 December 2020

_____
Victor Marrero
U.S.D.J.

1