```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
POWERBOX (USA), INC.,               :
                                    :
                  Plaintiff,        :    20 Civ. 3638 (VM)
                                    :
     - against -                    :    ORDER
                                    :
HONEYWELL INTERNATIONAL, INC.       :
                                    :
                  Defendant.        :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On April 27, 2021, the parties filed a joint letter concerning a discovery dispute. (See Dkt. No. 36.) Having referred this matter to the Magistrate Court for general pretrial purposes (Dkt. No. 37), the parties are hereby directed to address this dispute to the Magistrate Court.

**SO ORDERED.**

Dated:   New York, New York
         28 April 2021

/s/ Victor Marrero
Victor Marrero
U.S.D.J.