USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
POWERBOX (USA), INC.,

                Plaintiff,

      - against -

HONEYWELL INTERNATIONAL, INC.,

                Defendant.
-----------------------------------------------------------X

20-CV-3638 (VM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By May 4, 2021, Defendant shall email to chambers of this Court, for the purposes of in camera review, the documents at issue in the parties' joint letter regarding discovery dispute (Dkt. 36).

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: April 29, 2021
         New York, New York

Copies transmitted this date to all counsel of record.