USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POWERBOX (USA), INC.,

                Plaintiff,

     - against -

HONEYWELL INTERNATIONAL, INC.,

                Defendant.
------------------------------------------------------------X

20-CV-3638 (VM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the privilege issues raised in the parties' joint letter filed April 27, 2021 (Dkt. 36). The Court has reviewed in camera the documents at issue, both in the redacted form in which they were produced, and in their fully unredacted state. Having reviewed the documents and the parties' submissions, and applying the law governing assertion of attorney-client privilege and attorney work product, the Court orders as follows:

HON 91-101: Unredact p.4 starting with the McLaughlin Dec. 17, 2019 1:17 email all the way through 101. These are straight-forward business communications that were attached to an attorney-client communication (which was properly redacted) but which are not privileged unto themselves.

HON 102-112, HON 120-130: Same directive as 91-101.

HON 118-119, HON 386: No changes required.

HON 323-326: Unredact the first and second redaction boxes to reveal all of the first paragraph, which begins with "Honeywell corporate is aware of the situation." The second paragraph may remain redacted as is.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2021
      New York, New York

Copies transmitted this date to all counsel of record.