```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 17, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
POWERBOX (USA), INC.,                    :
                                         :
                     Plaintiff,          :   20 Civ. 3638 (VM)
                                         :
     - against -                         :   **ORDER**
                                         :
HONEYWELL INTERNATIONAL, INC.            :
                                         :
                     Defendant.          :
-----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for June 18, 2021 at 3 p.m. is hereby adjourned to June 25, 2021 at 2 p.m. Because of the ongoing COVID-19 pandemic, the conference shall be a teleconference. The parties are directed to call the following line at the scheduled time: 888-363-4749 (international callers dial 215-446-3662), access code 8392198. The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    New York, New York
          17 June 2021

_____
Victor Marrero
U.S.D.J.