USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: June 25, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------X
POWERBOX (USA), INC.

Plaintiff,

-against-

HONEYWELL INTERNATIONAL, INC.,

Defendant.
---------------------------------X

**20 Civ. 3638 (VM)**

**CONDITIONAL ORDER OF DISCONTINUANCE WITHOUT PREJUDICE**

**VICTOR MARRERO, U.S.D.J.:**

The parties having informed the Court that they have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED** that the conference currently scheduled for June 25, 2021 at 2 p.m. is hereby adjourned; and it is further hereby

**ORDERED** that this action be conditionally discontinued without prejudice and without costs. Within 30 days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Any application for restoration of the action to the active calendar of this Court must be made by letter within 30 days of the date of this order. Upon such notification, the defendant(s) shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within 10 days of the plaintiff’s application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall

be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated: NEW YORK, NEW YORK
25 June 2021

Victor Marrero
U.S.D.J.